```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )         8:95CR46
                               )
          v.                   )
                               )
RICKY CONWAY,                  )         ORDER
                               )
               Defendant.      )
_____)
```

This matter is before the Court on the motion of Eric L. Whitner to withdraw as counsel for the defendant (Filing No. 515). The Court notes new counsel has entered an appearance. Accordingly,

IT IS ORDERED that the motion is granted; Eric L. Whitner is deemed withdrawn as counsel for defendant.

DATED this 26th day of January, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court